# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPHER MEDIA LLC, doing business as Doctor Multimedia, a Nevada Limited Liability Company; JET DIGITAL LLC, a Nevada Limited Liability Company,<br><br>                    Plaintiff,<br><br>    v.<br><br>GOGROTH LLC, doing business as GROWTH99, a Florida limited liability company; CAMERON HEMPHILL, an individual; DOES 1–10;<br><br>                    Defendants. | Case No. 23-cv-0226-BAS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 28)** |

Before this Court is the parties' request to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure ("Rule") 41. (Mot., ECF No. 28.) Under Rule 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *see* Rule 41(a)(1)(A)(i), or (2) filing a stipulation of dismissal signed by all parties who have appeared, *see* Rule 41(a)(1)(A)(ii). *See also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal pursuant to Rule 41(a)(1)(A)(ii) is effective

upon the filing of a compliant notice or stipulation.  No court order is required.  *See Stone v. Woodford*, CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).  Nonetheless, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]

A dismissal is without prejudice unless the parties stipulate otherwise.  *See* Fed. R. Civ. P. 41(a)(1)(B).  Here, the parties have stipulated otherwise.  (*See* Mot., ECF No. 28 (stipulating to dismissal with prejudice).)

Having considered the parties' request, the Court **GRANTS** the Joint Motion.  (ECF No. 28.)  Thus, the Court **DISMISSES WITH PREJUDICE** the instant action.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: December 5, 2023

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.